DRESNER et al. *v.* CITY OF TALLAHASSEE.

No. 35. Argued October 23, 1963.—Questions certified to Supreme Court of Florida December 2, 1963.—Decided June 22, 1964.

*Howard Dixon* and *Carl Rachlin* argued the cause for petitioners. With them on the briefs were *Alfred I. Hopkins* and *Tobias Simon.*

*Edward J. Hill* and *Roy T. Rhodes* argued the cause for respondent. With them on the brief was *Rivers Buford, Jr.*

PER CURIAM.

The questions which this Court certified to the Supreme Court of Florida, 375 U. S. 136, having been answered in the affirmative, 164 So. 2d 208, the writ of certiorari is dismissed as improvidently granted. 28 U. S. C. § 1257.